UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
LUIGI ABREU ET AL.,

          Plaintiffs,        22-cv-3685 (JGK)

   - against -                   ORDER

TECHNIQUE GOLF, L.L.C.,

          Defendant.
---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 14, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           July 7, 2022

                                        John G. Koeltl
                             United States District Judge